# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Ilari Auto Service, Inc.

Case No.:23−31541−jal

Debtor(s)

Chapter: 11

S.S.#:

# NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 7/21/23. The Court's Order Dismissing is available electronically or may be a docketing event only.

Order of the Court DISMISSING Case for failure to complete filing requirements, so ORDERED by /s/ Judge Lloyd.CASE DISMISSED. (TMP).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court. Also, if this case was dismissed for a reason not related to the fee, but the Court's filing fee has not been paid, appplications to pay the filing fee in installments may not be considered in future filings.

Dated: 7/21/23

By: TMP  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court